IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/11/07*

| | |
|---|---|
| **THOMAS PATTERSON,** <br><br> Petitioner, <br><br> v. <br><br> **PEOPLE OF THE STATE OF CALIFORNIA,** <br><br> Respondent. | C 06-4555 RMW <br><br> **( ) ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, November 9, 2007, to file a response to the petition for writ of habeas corpus.

DATED: __10/11__, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

() Order - C 06-4555 RMW

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Patterson v. People of the State of California*   No.: **C 06-4555 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 10, 2007</u>, I served the attached:

**1. APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE;
2. DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION
   FOR EXTENSION OF TIME TO FILE RESPONSE; and
3. (PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Thomas Patterson, #H-88299
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 10, 2007, at San Francisco, California.

|       J. Espinosa       |     /s/  J. Espinosa     |
|:-----------------------:|:------------------------:|
|        Declarant        |         Signature        |

Patterson.POS.wpd