***E-FILED - 8/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS PATTERSON, | ) | No. C 06-4555 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) ) | |
| PEOPLE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant petition as untimely pursuant to 28 U.S.C. § 2244(d)(1). A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __8/8/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Respondent's Motion to Dismiss; Order Denying Appointment of Counsel
P:\pro-se\sj.rmw\hc.06\Patterson555mtdtimegrant    1